

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

DAVID FRANKLIN WEST
(Name of Plaintiff)

vs.

SNOHOMISH COUNTY JAIL
DAVID OSTER, NIKKI BAHNER
PAT PENDRY, OFFICER HOWARD
STEVE THOMPSON / DIRECTOR
(Names of Defendants)

**CV06 1453** JCC-JPD

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☐ Yes  ☑ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

1

   2. Court (give name of District) _____

   _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

   5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
   _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

II. **Place of Present Confinement**: SNOHOMISH CO. JAIL 3025 OAKES AVE. EVERETT, WA. 98201

   A. Is there a prisoner grievance procedure available at this institution?  ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ☒ Yes   ☐ No
   If your answer is NO, explain why not _____
   _____

   C. Is the grievance process completed?   ☒ Yes   ☐ No

   If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

   A. Name of Plaintiff: DAVID FRANKLIN WEST     Inmate No.: 91987
      Address: 3025 OAKES AVE., EVERETT, WA. 98201

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant DAVID OSTER ; official position CLASSIFICATION/SUPERVISOR
      place of employment SNOHOMISH COUNTY JAIL

2

LIST OF PARTIES INVOLVED
AND THEIR ADDRESSES

PLAINTIFF:

(2) DAVID FRANKLIN WEST
ID# 91987
3025 OAKES AVE.
EVERETT, WA. 98201

DEFENDANTS: #3-7

(3) STEVE THOMPSON / DIRECTOR REPRESENTING
SNOHOMISH COUNTY CORRECTIONS / COUNTY OF SNOHOMISH
3025 OAKES AVE.
EVERETT, WA. 98201

(4) DAVID OSTER / CLASSIFICATION SUPERVISOR
3025 OAKES AVE.
EVERETT, WA. 98201

(5) NIKKI BAHNER / MEDICAL SUPERVISOR
3025 OAKES AVE.
EVERETT, WA. 98201

(6) PAT PENDRY / CLASSIFICATION
3025 OAKES AVE.
EVERETT, WA. 98201

(7) OFFICER HOWARD
3025 OAKES AVE.
EVERETT, WA. 98201

C. Additional defendants NIKKI BAHNER / MEDICAL SUPERVISOR, SNOHOMISH CO. JAIL — PAT PENDRY / CLASSIFICATION, SNOHOMISH CO. JAIL — OFFICER HOWARD / MODULE OFFICER, SNOHOMISH CO. JAIL. , STEVE THOMPSON / DIRECTOR , SNOHOMISH CO. JAIL / COUNTY OF SNOHOMISH

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

① SINCE BOOKING, WHEN I INFORMED JAIL STAFF OF MY BROKEN TEETH AND EXCRUCIATING PAIN, I HAVE FILED MORE THAN 10 REQUESTS TO BE SEEN BY DENTAL / MEDICAL (NIKKI BAHNER). EACH ONE I SENT I INFORMED THEM IT WAS AN EMERGENCY. I STILL NEVER RECIEVED EVEN ONE ANSWER BACK. AFTER THREATENING LEGAL ACTION ON 9/20/06, I WAS CHECKED BY A NURSE AND RECIEVED MEDICATION ON 9/21/06.

② AFTER REPORTING TO (OFFICE HOWARD) THE EVENING OF 9/16/06, THAT I WAS BEING THREATENED BY INMATES. I TOLD HIM I WANTED NO TROUBLE AND ASKED TO BE MOVED TO ANOTHER MODULE. I WAS HANDCUFFED AND LED AWAY TO THE SOLITARY CONFINMENT UNIT. I WAS LEFT THERE 4 HOURS WITHOUT BEDDING AND VERY COLD. I WAS IGNORED AND TREATED WITH CRUELTY AND UNUSUAL PUNISHMENT, WHILE THE INMATES RESPONSIBLE LAY WARM AND COZY IN THEIR BEDS. WHEN I WAS FINALLY MOVED TO A BETTER UNIT 3 DAY'S HAD PASSED.

③ AFTER INFORMING MENTAL HEALTH OVER AND OVER OF MY EXTREME ANXIETY LEVEL DUE TO MY DISABILITY (A.D.H.D. — PERSONALITY DISORDER — PRONE TO PSYCHOTIC EPISODES) I LET (PAT PENDRY) WHO WAS DOING THE EVALUATION THAT I AM PRESCRIBED (125 mG AMITRIPTYLENE) BEFORE BED. SHE WENT OVER MY HISTORY OF ABUSE BY MY FATHER AND MY SOCIAL SECURITY CLAIM AND SAID SHE WOULD HAVE THE NURSE'S START MY MEDS. NO ACTION WAS EVER TAKEN. THAT WAS ON OR ABOUT 9/14/06.

3

IV. STATEMENT OF CLAIM CONTINUED

④ AFTER MAKING NUMEROUS REQUESTS TO BE ALLOWED TO GO TO THE LAW LIBRARY TO CHALLENGE THE CONDITIONS OF MY INCARCERATION (ie. 9/12/06, 9/19/06, 9/20/06, 9/21/06 ....) I WAS CONTINUALLY IGNORED AND DENIED "ACCESS TO COURTS" BY BOTH (PAT PENDRY AND DAVID OSTER) EVEN AFTER QUOTING THE SUPREME COURT OF THE UNITED STATES.

⑤ AFTER WRITTING REQUESTS (9/22/06, 9/23/06, 9/24/06, 9/25/06, 9/26/06, 9/27/06) WITHOUT EVEN ONE ANSWER TO THIS DAY, TO THE FACT THAT I AM IN SERIOUS EXCRUCIATING PAIN FROM AN APRIL 13, 1998 AUTO ACCIDENT WHICH HAS LEFT ME WITH A FUSION AT $C^2-C^3$, ($C^2$ HANGMANS FRACTURE), HERNIATED DISKS AT $C^4-C^5-C^6$, WEDGING AT $T^8-T^9$, DEGENERATIVE DISK DISEASE WHICH HAS LEFT ME WITH ALMOST NO DISKS (BONE TO BONE) IN MY ENTIRE LUMBAR REGION. I ONLY ASK FOR AN EXTRA MAT TO TAKE OFF SOME PRESSURE, AND I ASKED FOR MY MEDS TO BE STARTED AND I TOLD THEM THE HOSPITAL WHERE TO VERIFY. STILL NO ANSWER OR HELP.

IV. STATEMENT OF CLAIM CONTINUED

6) ON 10/2/06 I PERSONALLY ASKED COUNSELING REPRESENTATIVE MARK NOFTSGER IF HE WOULD BE ABLE TO HELP ME RETRIEVE ALL THE KITE'S THAT I HAVE SENT TO MEDICAL, DENTAL, AND MENTAL HEALTH AND TO THIS DATE RECIEVED NO REPLY. WHEN MARK WENT OUT OF HIS WAY TO PERSONALLY CHECK MY CLAIM WITH THE VARIOUS ENTITIES, HE RETURNED WITH NOTHING. HE WAS TOLD THAT IF I WANTED BACK ALL THE KITE'S, THAT I NEEDED TO SEND A KITE REQUESTING THEM BACK FROM EACH OF THE VARIOUS ENTITIES. I RESPONDED IN LIKE STATING THAT I HAD ALREADY SENT 5 KITE'S TO EACH AN AS OF YET HAD NO RESPONSE. HE TOLD ME THAT DAVID OSTER TOLD HIM THAT I SHOULD JUST ADD THAT AS ANOTHER CLAIM ON MY CIVIL RIGHTS VIOLATION COMPLAINT AS DENIAL OF ANY ACTION OR RESPONSE TO MY REQUESTS FOR ASSISTANCE. THESE DIFFERENT DEPARTMENTS HAVE MADE IT THEIR DUTY TO IGNORE ME AND MY REQUESTS FOR ASSISTANCE AND HELP. THIS IS A TRAVISTY OF JUSTICE AND MALPRACTICE ON THERE PART. ALSO A VIOLATION I FEEL OF DUE PROCESS.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I FEEL I HAVE BEEN IGNORED, PUT-OFF, ABUSED SINCE TURNING MYSELF INTO THIS JAIL ON 9/04/06. I ASK FOR COMPENSATION AND JUSTICE FOR UNDO PAIN AND SUFFERING, UNDO MENTAL ANGUISH, MENTAL SUFFERING, UNDO STRESS, WRONGFULL DENIAL OF MEDS, WRONGFULL DENIAL OF "ACCESS TO COURTS", AND CRUEL AND UN-USUAL PUNISHMENT IN THE AMOUNT OF $250,000.00 AND IN THE FORM OF DENTAL CARE, MENTAL HEALTH ASSISTANCE, MEDICAL ASSISTANCE, "ACCESS TO COURTS", BETTER CARE AND RESPECT.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of SEPTEMBER, 20 06

_____
(Signature of Plaintiff)

4

Case 2:06-cv-01453-JCC Document 6 Filed 10/17/06 Page 8 of 16
Case 2:06-cv-01453-JCC-JPD Document 1 Filed 10/06/2006 Page 8 of 16

EXIBIT A

# SNOHOMISH COUNTY CORRECTIONS
# SERVICE KITE

MODULE: **F4**   BED # **19 U**

NAME: **DAVID WEST**   CIN **91987**   BIN# **108 D**   DATE: **9-5-06**

CHECK APPROPRIATE BOX:

- [ ] CHAPLAIN
- [ ] CLASSIFICATION
- [ ] COUNSELING
- [ ] KITCHEN
- [ ] MEDICAL
- [ ] COMMISSARY
- [ ] SERGEANT
- [ ] MODULE OFFICER
- [ ] PROPERTY
- [ ] RECORDS
- [ ] MENTAL HEALTH PROFESSIONAL
- [ ] PUBLIC DEFENDER (SNOHOMISH CO.)
- [ ] AAA (EVERETT MUNI PUBLIC DEFENDER)
- [x] JAIL LAW LIBRARY
- [ ] OFFICE OF PUBLIC DEFENSE (PRETRIAL SERVICES)

ATTORNEY NAME: _____ (IF KITE IS FOR ATTORNEY)

MESSAGE: I AM REPRESENTING MYSELF PRO-SE IN MY UPCOMING CASE. I NEED ACCESS TO THE LAW LIBRARY AND LEGAL PAPER AND PEN AS I AM INDIGENT AND MUST HAVE ACCESS TO COURTS AS PRESCRIBED BY THE SUPREME COURT.

SIGNATURE: *[signed]*

RESPONSE: See Memo

SIGNATURE: _____

Case 2:06-cv-01453-JCC-JPD   Document 6   Filed 10/17/06   Page 9 of 16
Case 2:06-cv-01453-JCC-JPD   Document 1   Filed 10/06/2006   Page 9 of 16
EXHIBIT B



**SNOHOMISH COUNTY CORRECTIONS**
**STEVE THOMPSON, DIRECTOR**
**3000 ROCKEFELLER AVENUE**
**EVERETT, WA 98201**
**(425) 388-3395**

# MEMORANDUM

TO: WEST, DAVID          91987          F4

FROM: David Oster, Counseling / Classification Supervisor

DATE: September 7, 2006

SUBJECT: Request For Law Library Materials

We have received your request for materials from the jail law library.

**If your request is in reference to your criminal case and you are represented by the Public Defender's Office, Office of Public Defense; Association of Attorneys for the Accused or a private attorney, we cannot assist you. You are to contact your attorney regarding all issues related to your criminal case.**

If you are pro se it is your burden to provide this department with written documentation from the court indicating your status. Please fill out the bottom portion and return. Once we have received this documentation, we will meet with you and determine the extent of services you will need, based on your circumstances.

**If your request is in reference to a civil matter, the department can only assist you if you are challenging the conditions of or fact of your incarceration in this jail.** If the civil matter you are pursuing does not meet these criteria, you cannot receive assistance from the jail law library and you are not to send further kites. If your request does meet these criteria, please send another kite stating clearly, what you are attempting to accomplish. We then meet with you, respond to your request with proper forms and instructions, or provide you a written denial of service.

It is our intent to provide the services we are legally required to provide. Although possibly inconvenient for you, we believe these guidelines meet those criteria.

---

**Return to: Classification Office**

Court(s) and Case Number(s): _____

Prosecutors Name: _____

Court Appointed standby Attorneys Name: _____

Thank you

*AmiTRIPTYLENE*
*ANXIETY*
*ANXITY*
*ANXIATY*

EXIBIT C

# Snohomish County Corrections
## Service Kite

14

MODULE: 3 South USA BED# 46

NAME: DAVID WEST CIN# 91987 BIN# 1080 DATE: 9-2-06

**CHECK APPROPRIATE BOX:**

- ☐ CHAPLAIN  ☐ CLASSIFICATION  ☐ COUNSELING  ☐ KITCHEN
- ☐ MEDICAL  ☐ COMMISSARY  ☐ SERGEANT  ☐ MODULE OFFICER
- ☐ PROPERTY  ☐ RECORDS  ☐ MENTAL HEALTH PROFESSIONAL
- ☐ PUBLIC DEFENDER(SNOHOMISH COUNTY)  ☐ AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
- ☑ JAIL LAW LIBRARY  ☐ OFFICE OF PUBLIC DEFENSE (PRETRIAL SERVICES)

ATTORNEY NAME: _____

MESSAGE: I WANT INTO THE LAW LIBRARY TO RESEARCH AND CHALLENGE THE CONSTITUTIONALITY AND LEGALITY OF THE CONDITIONS OF MY INCARCERATION IE., LEAVING A PERSON TO SUFFER SERIOUS PAIN AND MENTAL ANGUISH IN JAIL BECAUSE OF THE FACT THEY ARE DISABLED AND HAVE NO MONEY ON THE BOOKS AT THIS TIME, AND TO DENY DENTAL, MENTAL HEALTH, AND MEDICAL ASSISTANCE. OVER → ← OVER.

SIGNATURE: OVER →

RESPONSE: You were sent a form on 9/7/06 regarding Access to the Law Library. If you are not Pro Se on an existing case you can not use the Library. SCC staff are not allowed to look up and provide cases.

SIGNATURE: _____

IN LEWIS V. CASEY, 518 U.S. AT 355, 116 S.CT. 2174; THE SUPREME COURT MADE CLEAR THAT "ACCESS TO COURTS" PRONOUNCED THAT STATES MUST PROVIDE A REASONABLY ADEQUATE OPPORTUNITY TO FILE NON-FRIVOLOUS LEGAL CLAIMS CHALLENGING THEIR CONVICTIONS OR CONDITIONS OF CONFINEMENT.

SIGNATURE _[signature]_

EXIBIT D

# Snohomish County Corrections
# Service Kite

MODULE: 4S   BED# 14

NAME: DAVID WEST   CIN# 91987   BIN# 102D   DATE: 9-19-06

**CHECK APPROPRIATE BOX:**

☐ CHAPLAIN  ☐ CLASSIFICATION  ☐ COUNSELING  ☐ KITCHEN
☐ MEDICAL  ☐ COMMISSARY  ☐ SERGEANT  ☐ MODULE OFFICER
☐ PROPERTY  ☐ RECORDS  ☐ MENTAL HEALTH PROFESSIONAL
☐ PUBLIC DEFENDER (SNOHOMISH COUNTY)  ☐ AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
☑ JAIL LAW LIBRARY  ☐ OFFICE OF PUBLIC DEFENSE  (PRETRIAL SERVICES)

ATTORNEY NAME: _____

MESSAGE: I AM STILL WAITING TO GET TO THE LAW LIBRARY, IF I HAVE TO WAIT UNTIL I GET OUT NEXT WEEK THE FIRST THING OUT I WILL BE GOING TO THE LAW LIBRARY IN THE COURT HOUSE AND PUTTING TOGETHER MY LAW SUIT CHALLENGING THE CONDITIONS OF MY INCARCERATION, IE - POOR MEDICAL, DENTAL + MENTAL HEALTH SERVICES.

SIGNATURE: _____

RESPONSE: see response attached

SIGNATURE: _____

EXIBIT E

# Snohomish County Corrections
# Service Kite

MODULE: 4S  25  BED# 14  27

NAME: DAVID WEST   CYN# 91987   BIN# 108D   DATE: 9-19-06

**CHECK APPROPRIATE BOX:**

- ☐ CHAPLAIN  ☐ CLASSIFICATION  ☐ COUNSELING  ☐ KITCHEN
- ☐ MEDICAL  ☐ COMMISSARY  ☐ SERGEANT  ☐ MODULE OFFICER
- ☐ PROPERTY  ☐ RECORDS  ☐ MENTAL HEALTH PROFESSIONAL
- ☐ PUBLIC DEFENDER (SNOHOMISH COUNTY)  ☐ AAA (EVERETT MUNICIPAL PUBLIC DEFENDER)
- ☑ JAIL LAW LIBRARY  ☐ OFFICE OF PUBLIC DEFENSE (PRETRIAL SERVICES)

ATTORNEY NAME: _____

MESSAGE: I AM CHALLENGING THE CONDITIONS OF MY INCARCERATION. THAT HAS NOTHING TO DO WITH MY CASE OR THE PUBLIC DEFENDER. I ONLY HAS TO DO WITH THE LAW SUIT I AM FILING AGAINST THE JAIL AND THE DEPLORABLE CONDITIONS OF MY INCARCERATION.

SIGNATURE: _____

RESPONSE: See Memo. You were sent one, also on 9/7/06. We have not received your information as outlined in the memo to verify your status as pro se.

SIGNATURE: Pat Pendry

25-27     EXIBIT F / Oster

# SCC PRISONER GRIEVANCE/APPEAL

I have read the rules for filing grievances in the orientation pamphlet. I <u>certify</u> that this is not a frivolous grievance and that I have tried all other ways of handling this problem, including writing a kite and speaking to a staff member.

Signature _David F. West_

NAME: DAVID FRANKLIN WEST 91987    MODULE: _____    DATE: 9-21-06
           (Print)

My grievance/appeal is about:    Operation of Module _____    Food Service _____
Medical _____    Good Time _____    Disciplinary Action _____    Other DAVE OSTER / LAW LIBRARY

Describe Problem & Requested Action:
I HAVE MADE NUMEROUS REQUESTS TO GO TO THE LAW LIBRARY TO CHALLENGE THE CONDITIONS OF MY CONFINEMENT (i.e.) DENTAL SERVICE, MEDICAL, MENTAL HEALTH ect. PER (Lewis v. Casey, 518 U.S. AT 355, 116 S. CT. 2174) WHERE THE SUPREME COURT MADE IT CLEAR THAT STATES MUST PROVIDE A REASONABLY ADEQUATE OPPORTUNITY TO FILE NON-FRIVOLOUS LEGAL CLAIMS CHALLENGING THEIR CONVICTIONS OR THE CONDITIONS OF THEIR CONFINEMENT, ALSO (Mitchell v. Moore, 786 So. 2d 521 (Fla. 2001)) SUPREME COURT OF FLORIDA STATED "ACCESS TO COURTS" AVAILABLE TO ALL!

Have you tried to solve this problem by speaking with Staff? (Yes)/ No
Who? C/O RYAN / LIBRARY STAFF / PAT PENSBY   What was the answer? Ask WHO IS MY STANDBY ATTORNEY (WHICH I DON'T NEED FOR CIVIL CASE) I AM PRO-SE IN A CIVIL CASE ANYWAY SO NO NEED TO SUBMIT ANYTHING ONCE I STATE I AM PRO-SE FOR THIS CIVIL LAW SUIT.

Have you filed a grievance before on this subject? (No)/ One / Two   Who answered it? _____

Received from prisoner by:    C/O Ryan #4405      9/21/06 0510
                      (Staff)            (Date/Time)

Delivered to: _____ Shift Commander (Module Operations, property, lockdown)
             X    Program Supervisor (food, medical, commissary, counseling, Work Release)
            _____ Administrative Officer (discipline)   ✓   Classification (good time, housing assignment)
            _____ Manager (2nd grievance)    _____ Director (3rd grievance)

Received by: S McQueen MOS10      9-22-06 0600
                (Staff)           (Date/Time)

Answer: On 9/25/06 I met with you to discuss your wish to file a lawsuit regarding conditions of confinement. I provided you with the necessary papers + forms to initiate a Civil Rights claim in Federal Court.

Signature: _David M Oster_ David M Oster    Date: 9/26/06

Delivered to prisoner by: C/O Ryan #4405      9/28/06 0145    DFW
                          (Staff)        (Date/Time)    (Prisoner Initial)

Only one grievance per form. Prisoners not satisfied with response must refile grievance within three (3) work days of receiving answer. Attach copy of previous response(s).

SCC-80      Distribution    White: SCC File    Yellow: Response to Prisoner    Pink: Prisoner

# SCC PRISONER GRIEVANCE/APPEAL

EXHIBIT G

I have read the rules for filing grievances in the orientation pamphlet. I certify that this is not a frivolous grievance and that I have tried all other ways of handling this problem, including writing a kite and speaking to a staff member.

Signature _David /s/_

NAME: DAVID FRANKLIN WEST 91987 (Print)  MODULE: 2S  DATE: 9-21-06

My grievance/appeal is about:   Operation of Module _____   Food Service _____
Medical _/DENTAL_   Good Time _____   Disciplinary Action _____   Other _____

Describe Problem & Requested Action:

SINCE MY BOOKING AFTER TURNING MYSELF IN ON 9-4-06, I HAVE SUBMITTED 10 OR MORE KITES TO DENTAL THROUGH THE MEDICAL DEPT. ABOUT BROKEN TEETH THAT I HAVE AND THE SERIOUS "EXCRUCIATING" PAIN WITH WHICH I SUFFER THROUGH DAILY AND NIGHTLY BECAUSE OF THEM!! AS OF THIS TIME, I HAVE YET TO RECEIVE EVEN ONE RESPONSE FROM ANYONE. I HAVE TOLD THE NURSE AND IN 3 WEEKS RECEIVED 1 IBUPROFAN.

Have you tried to solve this problem by speaking with Staff?  (Yes)/ No
Who? NURSE PASSING MEDS   What was the answer? SORRY, GIVEN 1 IBUPROFAN IN 3 WEEKS

Have you filed a grievance before on this subject? (No)/ One / Two   Who answered it? _____

Received from prisoner by: C/O Ryan #4405 (Staff)   09/21/06 0570 (Date/Time)

Delivered to:   _____ Shift Commander (Module Operations, property, lockdown)
                ✓ Program Supervisor (food, (medical) commissary, counseling, Work Release)
                _____ Administrative Officer (discipline)   _____ Classification (good time, housing assignment)
                _____ Manager (2nd grievance)   _____ Director (3rd grievance)

Received by: S. McQueen MOSW (Staff)   9/22/06 0600 (Date/Time)

Answer: There is a very limited number of dental slots available. Kites are triaged and inmates seen on _____ need basis.

Signature: _____   Date: 9/25/06

Delivered to prisoner by: C/O Ryan #4405 (Staff)   9/27/06 0630 (Date/Time)   DFW (Prisoner Initial)

Only one grievance per form. Prisoners not satisfied with response must refile grievance within three (3) work days of receiving answer. Attach copy of previous response(s).

SCC-80   Distribution   White: SCC File   Yellow: Response to Prisoner   Pink: Prisoner

EXIBIT H

# SNOHOMISH COUNTY CORRECTIONS
## MENTAL HEALTH MEMO TO INMATE

Name __West, DAVID__   CIN# __91987__   Module __2S   27__

*We received your referral/request and are responding as follows:*

- ☐ If you are kiting about sleep disturbance, please refer to the Sleep Management Memo for suggestions on how to cope.

- ☒ Your request for medications has been referred to medical. (*Please note that if you do not have a current script from your community provider, you will be placed on a 30 day waiting list prior to review by the psychiatric provider*).

- ☐ We do not provide routine counseling or therapy sessions for inmates.

- ☐ We must prioritize all inmate requests/referrals. Please re-kite with more specific information for our review and determination on how to proceed.

- ☐ We recommend that you follow up with your personal care provider to address your issues after your release from jail (*in some instances, this is solely due to a short jail stay wherein you will be released within the next 30 days*).

- ☐ We do not perform court-ordered mental health evaluations.

- ☐ Your issues are outside the scope of the MHP office and have been referred to:

  ➤ Medical staff

  ➤ Sergeant's office

  ➤ Classification/Counseling staff

  ➤ Jail Administration

  ➤ Other _____

**Staff comments:**

_____   7/29/06
Mental Health Staff             Date